UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:18-cv-23613-KMW

GUILLERMO SANTANA, and other )
similarly situated individuals, )
)
          Plaintiff(s), )
)
          v. )
)
STARWOOD HOTELS & RESORTS )
WORLDWIDE, INC. d/b/a The St Regis Bal )
Harbour Resort; STARWOOD HOTELS & )
RESORTS WORLDWIDE, LLC; )
MARRIOTT INTERNATIONAL, INC.; )
LUXURY ELITE CONCEPTS LLC and )
JILLIAN JACOBSON, )
)
          Defendants.
_____

**MOTION FOR ENLARGEMENT OF TIME TO SERVE PROCESS**

    Plaintiff GUILLERMO SANTANA ("Plaintiff"), pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, requests that the Court grant an additional 90 days from the filing of this Motion within which to serve Summonses and Complaint of this action on Defendants LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON, and in support thereof states as follows:

    1.    On September 5, 2018, Plaintiff filed the Complaint in the instant action.

    2.    Plaintiff has attempted to serve process on defendants LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON numerous times. As of this day, service has not been accomplished.

    3.    Upon information and belief, defendant LUXURY ELITE CONCEPTS LLC has dissolved and can only be served through its registered agent JILLIAN JACOBSON. Defendant

JILLIAN JACOBSON could not be located at her official registered agent address on Brickell Avenue in Miami. During the service attempt, the process server was informed that JILLIAN JACOBSON moved out approximately two years ago and that the location had a new owner.

4. Plaintiff was able to locate another address for JILLIAN JACOBSON, this time on Collins Avenue in Miami Beach. However, during the service attempt the process server was again informed that JILLIAN JACOBSON had moved out and was apparently now living somewhere in Fort Lauderdale.

5. After a diligent search, Plaintiff was able to locate yet another address for JILLIAN JACOBSON, which appears to be her current address. The server attempted to serve her at that location multiple times, but to no avail, as there was no answer at the residence, although there were cars in the driveway.

6. Undersigned believes that JILLIAN JACOBSON is attempting to deliberately and intentionally evade service of process on behalf of herself as well as on behalf of LUXURY ELITE CONCEPTS LLC.

7. Undersigned counsel has made a diligent effort to serve LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON within the 90-day period allowed for serving process under the Federal Rules of Civil Procedure. However, despite continuous efforts to effectuate service, those efforts were unsuccessful.

8. LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON are necessary parties to this lawsuit. Accordingly, Plaintiff seeks a 90-day extension of time to serve process on defendants LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON.

9. Plaintiff would suffer great prejudice if the Court denied his request for an enlargement of time to serve defendants LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON.

10. The instant motion is not made for reasons of delay, expense or prejudice, but is offered so that the ends of justice may be met.

**WHEREFORE**, based on the foregoing reasons and for good cause shown, Plaintiff GUILLERMO SANTANA requests an additional 90 days from the filing of this Motion within which to obtain service of the Summonses and Complaint upon defendants LUXURY ELITE CONCEPTS LLC and JILLIAN JACOBSON.

Dated: April 26, 2019.

Respectfully submitted,

By:\_\_\_/s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for the Plaintiff*